IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNA JESSOP, et al. : CIVIL ACTION
:
v. : No. 16-1232
:
JEH JOHNSON, et al. :

**<u>ORDER</u>**

AND NOW, this 10th day of July, 2017, upon consideration of Plaintiffs Anna and Macborne Jessop's Motion for Summary Judgment, the Government's Motion for Summary Judgment, the parties' responses thereto, and the parties' presentations at the January 26, 2017, oral argument, and for the reasons set forth in the accompanying Memorandum Opinion, it is ORDERED:

1. Plaintiffs' Motion (Document 25) is GRANTED insofar as this matter will be REMANDED to the United States Citizenship and Immigration Services for proper adjudication of Ms. Jessop's I-485 application, consistent with the Court's Memorandum Opinion; and

2. The Government's Motion (Document 20) is DENIED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.